Granted.

**944 A.2d 25**

ELIZABETH BOARD OF EDUCATION, PLAINTIFF–PETITIONER, v. THE CITY OF ELIZABETH, J. CHRISTIAN BOLLWAGE, MAYOR, THE CITY COUNCIL OF ELIZABETH, TRUMBULL STREET BUSINESS CENTER, LLC, ET AL., DEFENDANTS–RESPONDENTS.

February 14, 2008.

Denied.

**944 A.2d 25**

ORESTE AND ERNA FANARO, TRUSTEES (ORESTE FANARO, DECEASED), PLAINTIFFS–PETITIONERS, AND FANARO PARTNERSHIP (ERNA FANARO, SUCCESSOR AND SOLE PARTNER), PLAINTIFF, v. BOROUGH AND COUNCIL OF SOUTH BOUND BROOK, ET AL., DEFENDANTS–RESPONDENTS.

AND OTHER RELATED CASES.

February 21, 2008.

Denied.

**944 A.2d 26**

ORESTE AND ERNA FANARO, TRUSTEES (ORESTE FANARO, DECEASED), PLAINTIFFS, AND FANARO PARTNERSHIP (ERNA FANARO, SUCCESSOR AND SOLE PARTNER), PLAINTIFF–PETITIONER, v. BOROUGH AND COUNCIL OF SOUTH BOUND BROOK, ET AL., DEFENDANTS–RESPONDENTS.

AND OTHER RELATED CASES.

February 21, 2008.

Denied.